# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINO SOLIS,<br><br>        Plaintiff,<br><br>        v.<br><br>WEST VALLEY DETENTION CENTER, et al.,<br><br>        Defendants. | Case No. EDCV 15-1005-PSG (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that the Second Amended Complaint be dismissed without leave to amend and that Judgment be entered dismissing this action with prejudice.

DATED: 8/8/16

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE