# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINO SOLIS,<br><br>        Plaintiff,<br><br>    v.<br><br>WEST VALLEY DETENTION CENTER, et al.,<br><br>        Defendants. | Case No. EDCV 15-1005-PSG (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 8/8/16

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE